# EXHIBIT E

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).

For example, Defendants Albertsons Companies, LLC and Albertsons Companies, Inc. (collectively, "Albertsons" or "Defendants") use their Albertsons Deals & Delivery App, Randalls Deals & Delivery App, and Tom Thumb Deals & Delivery App (collectively hereafter, the "Albertsons Apps"), as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Defendants also provide the Albertsons Apps to their customers through the App Store and Google Play Store.

Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendants' inducement is ongoing.

Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendants' contributory infringement is ongoing. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, App Store, https://apps.apple.com/us/app/albertsons-deals-delivery/id542751329

Page |2

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |

Source: Albertsons App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.albertsons&hl=en_US

Page |3

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

**Evidence: Albertsons Apps**

| CLAIM | |
|---|---|

apps.apple.com/us/app/randalls-deals-delivery/id541919605

Store   Mac   iPad   iPhone   Watch   Vision   AirPods   TV & Home   Entertainment   Accessories   Support

**App Store** Preview

**Randalls Deals & Delivery** 4+
Shop stores, delivery & pickup
Albertsons Companies, LLC
★★★★★ 4.8 • 33.8K Ratings
Free

This app is available only on the App Store for iPhone and iPad.

**Screenshots**   iPhone   iPad



Shop, save & plan meals

Order for delivery or pick up

Save with weekly deals

Earn rewards & perks

Source: Randalls App, APP STORE, https://apps.apple.com/us/app/randalls-deals-delivery/id541919605

Page |4

Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Randalls App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.randalls&hl=en_US

Page |5

Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

**Evidence: Albertsons Apps**

| CLAIM | |
|---|---|



Tom Thumb App, APP STORE, https://apps.apple.com/us/app/tom-thumb-deals-delivery/id542062486

Page |6

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Tom Thumb App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.tomthumb&hl=en_US

Page |7

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(a) a storage device of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a storage device of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a storage device of a mobile device (*e.g.*, smartphone, tablet, *etc.*) storing a first non-browser application (*e.g.*, Albertsons Apps) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).<br><br><br><br>Source: Screenshots of the Albertsons Apps and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(b) a processor of the mobile device executing the first non-browser application and the second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application and the second non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, *etc.*) executing the first non-browser application (*e.g.*, Albertsons Apps) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service).<br><br><br><br>Source: Screenshots of the Albertsons Apps and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(c) a user interface of the first non-browser application configured for the mobile device; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a user interface of the first non-browser application configured for the mobile device.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a user interface of the first non-browser application (*e.g.*, Albertsons Apps) configured for the mobile device.<br><br><br><br>*Source*: Screenshots of the Albertsons Apps and Google Maps |
| 1(d) a mapping component of the first non-browser | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component of the first non-browser application configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content. |

Page |10

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| application configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content, | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Albertsons Apps) configured to invoke the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) on the mobile device when map-able content (*e.g.*, location of selected store) displayed on the user interface is activated (*e.g.*, by clicking the Albertsons, Randalls, and/or Tom Thumb store location get "Directions" button) to display a map of the map-able content in the second non-browser application.<br><br><br><br>Source: Screenshots of the Albertsons App and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

**Evidence: Albertsons Apps**

| CLAIM | |
|---|---|
| |  |

Source: Screenshots of the Randalls App and Google Maps

Page |12

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

**Evidence: Albertsons Apps**



Source: Screenshots of the Tom Thumb App and Google Maps

| CLAIM | |
|---|---|

Page |13

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(e) wherein the second non-browser application is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a second non-browser application that is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) is a mapping application and the mapping component (*e.g.*, code) transmits the map-able content (*e.g.*, location of the selected store) to an online mapping service (*e.g.*, a map server) that is configured to communication with the second non-browser application.<br><br><br><br>Source: Screenshots of the Albertsons App and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |

Source: Screenshots of the Randalls App and Google Maps

Page |15

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|
| |  |
| | Source: Screenshots of the Tom Thumb App and Google Maps |
| | |

Page |16