# **EXHIBIT F**

## Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*). |
| | For example, Defendants Albertsons Companies, LLC and Albertsons Companies, Inc. (collectively, "Albertsons" or "Defendants") use their Albertsons Deals & Delivery App, Randalls Deals & Delivery App, and Tom Thumb Deals & Delivery App (collectively hereafter, the "Albertsons Apps"), as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Defendants also provide the Albertsons Apps to their customers through the App Store and Google Play Store. |
| | Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendants' inducement is ongoing. |
| 1 | Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendants' contributory infringement is ongoing. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, APP STORE, https://apps.apple.com/us/app/albertsons-deals-delivery/id542751329

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.albertsons&hl=en_US

Page |3



# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|

Source: Randalls App, APP STORE, https://apps.apple.com/us/app/randalls-deals-delivery/id541919605

Page |4

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Randalls App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.randalls&hl=en_US

Page |5

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |

Tom Thumb App, App Store, https://apps.apple.com/us/app/tom-thumb-deals-delivery/id542062486

Page |6

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Albertsons Apps |
| --- | --- |



Tom Thumb App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.tomthumb&hl=en_US

Page |7

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application. |
| 1(a) a memory of a mobile device storing a first non-browser application; | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (e.g., Albertsons Apps).  Source: Screenshots of the Albertsons Apps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(b) a processor of the mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.

For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, etc.) that executes the first non-browser application (*e.g.*, Albertsons Apps).



Source: Screenshots of the Albertsons Apps |

## Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(c) a touch screen of the mobile device displaying a user interface of the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a user interface of the first non-browser application. <br><br> For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen (e.g., all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (e.g., Albertsons Apps). <br><br>  <br><br> Source: Screenshots of the Albertsons Apps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(d) a GPS device of the mobile device determining a location of the mobile device, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the "location access" feature and/or the "Use Your Location" feature).<br><br><br><br><u>Source</u>: Screenshots of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps



Source: Screenshots of the Randalls App

## CLAIM

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshots of the Tom Thumb App |
| 1(e) | a mapping component of the first non-browser application configured to communicate | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service to download map data and display a map within the user interface of the first non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Albertsons Apps) configured to communicate with an online mapping service (*e.g.*, a map server) to download map data and display a map within the user interface of the first non-browser application. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| with an online mapping service to download map data and display a map within the user interface of the first non-browser application, and |   Source: Screenshot of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| Evidence: Albertsons Apps |
| --- |



Source: Screenshot of the Randalls App

| CLAIM |
| --- |

Page |15

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(f) |  |
| wherein the mapping component transmits a query including the location of the mobile device to the | Source: Screenshot of the Tom Thumb App |
| | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component transmits a query including the location of the mobile device to the online mapping service and wherein the map data is based on the location of the mobile device. |
| | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the mapping component (e.g., code) transmits a query including the location (see below) of the mobile device to the online mapping service (e.g., a map server) to, e.g., identify the closest Albertsons, Randalls, and/or Tom Thumb stores to the Location, and wherein the map data is based on the location of the mobile device. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|
| online mapping service, and wherein the map data is based on the location of the mobile device; |  |

Source: Screenshots of the Albertsons App and Google Maps

Page |17

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |   <br><br>Source: Screenshots of the Randalls App and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

## Evidence: Albertsons Apps



<u>Source:</u> Screenshots of the Tom Thumb App and Google Maps

| CLAIM | |
|---|---|
| 1(g) | wherein the memory stores a second non-browser application that is a mapping application, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the memory stores a second non-browser application that is a mapping application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the memory stores a second non-browser application that is a mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service). |

Page |19

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|
| | |



Source: Screenshots of the Albertsons App and Google Maps

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps



Source: Screenshots of the Randalls App

Page |21

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps



Source: Screenshots of the Tom Thumb App and Google Maps

| CLAIM | |
|---|---|
| wherein the mapping component invokes the mapping application and directs the mapping application to | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the mapping component (*e.g.*, code) invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location (*e.g.*, selected |
| 1(h) | |

Page |22

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps

Albertsons, Randalls, and/or Tom Thumb store) to the online mapping service to obtain driving directions from the location of the mobile device to the destination location.



Source: Screenshots of the Albertsons App and Google Maps

| CLAIM | |
|---|---|
| transmit a query including the location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location, and | |

Page |23

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

## Evidence: Albertsons Apps



Source: Screenshots of the Randalls App

## CLAIM

Page |24

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps



Source: Screenshots of the Tom Thumb App and Google Maps

Page |25

**CLAIM**

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(i) wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen. | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the driving directions are displayed in a map displayed by the mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or or service and/or or Apple Maps application and/or service) on the touch screen.<br><br><br><br>Source: Screenshots of the Albertsons App and Google Maps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |

Source: Screenshots of the Randalls App

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|



<u>Source</u>: Screenshots of the Tom Thumb App and Google Maps

Page |28