# **EXHIBIT G**

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).

For example, Defendants Albertsons Companies, LLC and Albertsons Companies, Inc. (collectively, "Albertsons" or "Defendants") use their Albertsons Deals & Delivery App, Randalls Deals & Delivery App, and Tom Thumb Deals & Delivery App (collectively hereafter, the "Albertsons Apps"), as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Defendants also provide the Albertsons Apps to their customers through the App Store and Google Play Store.

Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendants' inducement is ongoing.

Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendants' contributory infringement is ongoing. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|



Source: Albertsons App, APP STORE,  https://apps.apple.com/us/app/albertsons-deals-delivery/id542751329

Page |2

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.albertsons&hl=en_US

Page |3

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Randalls App, APP STORE, https://apps.apple.com/us/app/randalls-deals-delivery/id541919605

Page |4

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

**Evidence: Albertsons Apps**

**CLAIM**



Randalls App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.randalls&hl=en_US

Page |5

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

## Evidence: Albertsons Apps

| CLAIM | |
|---|---|



Tom Thumb App, App Store, https://apps.apple.com/us/app/tom-thumb-deals-delivery/id542062486

Page |6

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
| --- | --- |

play.google.com/store/apps/details?id=com.safeway.client.android.tomthumb&hl=en_US
Google Play
Games
Apps
Movies & TV
Books
Kids
Tom Thumb Deals & Delivery
Albertsons Companies, Inc.
4.8★
19.7K reviews
500K+
Downloads
Everyone
Install
Share
Add to wishlist
You don't have any devices
You can share this with your family. Learn more about Family Library
Shop, save & plan meals
Order for delivery or pick up
Save with weekly deals
Earn rewards & perks
Scan in store for offers
Quick shop from recipe
About this app
App support
Website
Support email
mobile.appcontact@safeway.com
Privacy Policy
About the developer
Albertsons Companies, Inc.
mobileappswy@gmail.com
250 E Parkcenter Blvd
Boise, ID 83706
United States
+1 925-420-4297

Tom Thumb App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.tomthumb&hl=en_US

## Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(a) a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (e.g., Albertsons Apps) and a second non-browser application.<br><br><br><br>Source: Screenshots of the Albertsons Apps and Google Maps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(b) | a processor of the mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, etc.) that executes the first non-browser application (*e.g.*, Albertsons Apps).<br><br><br><br>Source: Screenshots of the Albertsons Apps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(c) a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon; | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen (e.g., all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (e.g., Albertsons Apps) wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon.<br><br><br><br>Source: Screenshots of the Albertsons Apps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device. |
| | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the "location access" feature and/or the "Use Your Location" feature). |
| 1(d) a GPS device of the mobile device determining a location of the mobile device; and |  Source: Screenshots of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |
| | Source: Screenshots of the Randalls App |

Page |12

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(e) | a mapping component of the first non-browser application configured to communicate with an online mapping service, and | 

<u>Source</u>: Screenshots of the Tom Thumb App

As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service.

For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Albertsons Apps) configured to communicate with an online mapping service (*e.g.*, a map server). |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshot of the Albertsons App |

Page |14

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshots of the Randalls App |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshot of the Tom Thumb App |
| 1(f)<br><br>wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component transmits a query including the location of the mobile | As detailed below, based on analyses of publicly available information, the Accused Products provide a system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component transmits a query including the location of the mobile device and the location of the icon to the online mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. |

Page |16

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| device and the location of the icon to the online mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component (*e.g.*, code) transmits a query including the location (see below) of the mobile device and the location of the icon to the online mapping service (*e.g.*, a map server), and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon.  |

Source: Screenshots of the Albertsons App and Google Maps

Page |17

**Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  |
| | Source: Screenshots of the Randalls App and Google Maps |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

## Evidence: Albertsons Apps



Source: Screenshots of the Tom Thumb App and Google Maps

| CLAIM | |
|---|---|
| | |

Page |19