# EXHIBIT H

## Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).

For example, Defendants Albertsons Companies, LLC and Albertsons Companies, Inc. (collectively, "Albertsons" or "Defendants") use their Albertsons Deals & Delivery App, Randalls Deals & Delivery App, and Tom Thumb Deals & Delivery App (collectively hereafter, the "Albertsons Apps"), as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Defendants also provide the Albertsons Apps to their customers through the App Store and Google Play Store.

Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendants' inducement is ongoing.

Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendants' customers using a mobile device to identify its locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendants' contributory infringement is ongoing. |

Page |1

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, App STORE, https://apps.apple.com/us/app/albertsons-deals-delivery/id542751329

Page | 2

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Albertsons App, GOOGLE PLAY STORE,
https://play.google.com/store/apps/details?id=com.safeway.client.android.albertsons&hl=en_US

Page |3

Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Source: Randalls App, APP STORE, https://apps.apple.com/us/app/randalls-deals-delivery/id541919605

Page |4

Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Randalls App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.randalls&hl=en_US

Page |5

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
|---|---|



Tom Thumb App, APP STORE, https://apps.apple.com/us/app/tom-thumb-deals-delivery/id542062486

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
| --- | --- |



Tom Thumb App, GOOGLE PLAY STORE, https://play.google.com/store/apps/details?id=com.safeway.client.android.tomthumb&hl=en_US

Page |7

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Albertsons Apps |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a memory of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Albertsons Apps) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).<br><br><br><br>Source: Screenshots of the Albertsons Apps and Google Maps |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| | CLAIM | Evidence: Albertsons Apps |
|---|---|---|
| 1(b) | a processor of the first mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application. <br><br> For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the first mobile device executing the first non-browser application (*e.g.*, Albertsons Apps). <br><br>  <br><br> Source: Screenshots of the Albertsons Apps |

## Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| 1(c) a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user. <br><br> For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen of the mobile device displaying a first user interface of the first non-browser application (*e.g.,* Albertsons Apps), wherein the first user interface is adapted to receive text corresponding to a location entered by a user (see below). <br><br>  <br><br> Source: Screenshots of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshots of the Randalls App |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>_Source: Screenshots of the Tom Thumb App_ |
| 1(d) | a mapping component transmitting the text to an online mapping service and | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (e.g., code) transmitting the text to an online mapping service and receiving, in response, |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map, | map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map (see below).<br><br><br><br>Source: Screenshot of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| Evidence: Albertsons Apps | CLAIM | |
|---|---|---|
|  Source: Screenshot of the Randalls App | | |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><br>Source: Screenshot of the Tom Thumb App |
| | |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| | CLAIM | Evidence: Albertsons Apps |
|---|---|---|
| 1(e) | wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest. <br><br> For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the first non-browser application (*e.g.*, Albertsons Apps) displays a second user interface displaying the first map and the at least one point-of-interest (*e.g.*, location of the selected store). <br><br>  <br><br> Source: Screenshot of the Albertsons App <br><br> Page |16 |

## Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
| --- | --- |
| | <br><br>Source: Screenshot of the Randalls App |
| | |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |   Source: Screenshot of the Tom Thumb App |

## Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Albertsons Apps |
|---|---|---|
| 1(f) | wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest. |
| | | For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest (*e.g.*, location of the selected store). |
| | |  |
| | | Source: Screenshot of the Albertsons App |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |   Source: Screenshot of the Randalls App |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| |  3100 Independence Pkwy, Plano, TX 75075<br><br>Open · Closes 11:00 pm ⌄<br><br>Pharmacy<br>Open · Closes 9:00 pm ⌄<br><br>Fuel Station<br>Open · Closes 9:00 pm ⌄<br><br>Bakery<br>Open · Closes 7:00 pm ⌄<br><br>Deli<br>Open · Closes 9:00 pm ⌄<br><br><u>Source: Screenshot of the Tom Thumb App</u> |

**Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177**

| | CLAIM | Evidence: Albertsons Apps |
|---|---|---|
| 1(g) | wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br>For example, Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br><br><br>Source: Screenshots of the Albertsons App and Google Maps |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | <br><u>Source: Screenshots of the Randalls App</u> |
| | |

# Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 12,185,177

| CLAIM | Evidence: Albertsons Apps |
|---|---|
| | 

Source: Screenshots of the Tom Thumb App and Google Maps |

Page |24