# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTSONS COMPANIES, LLC, and ALBERTSONS COMPANIES, INC.,<br><br>    Defendants. | Civil Action No. 2:25-cv-00797<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1**

    Plaintiff Nearby Systems LLC discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: No parent corporation or publicly held corporation owns 10% or more of stock of Plaintiff Nearby Systems LLC.

Dated: August 14, 2025          Respectfully submitted,

By:*/s/ Jonathan L. Hardt*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, CO 80204
Telephone: (404) 779-5305, (202) 316-1591
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Ave., Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Plaintiff NEARBY SYSTEMS LLC*

*Admitted to the Eastern District of Texas