# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEARBY SYSTEMS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTSONS COMPANIES, LLC, and ALBERTSONS COMPANIES, INC.,<br><br>    Defendants. | Civil Action No. 2:25-cv-00797<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## NOTICE OF APPEARANCE OF JAMES F. MCDONOUGH, III ON BEHALF OF PLAINTIFF NEARBY SYSTEMS LLC

Plaintiff Nearby Systems LLC hereby gives notice to this Honorable Court and all parties that the undersigned attorney, <u>James F. McDonough, III</u> of Rozier Hardt McDonough PLLC, is entering an appearance in this matter for said Plaintiff. Plaintiff requests the Court and all parties to copy this counsel on all filings, motions and other matters relating to this case listed below.

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Date: <u>August 14, 2025</u>

Respectfully submitted,

*/s/ James F. McDonough, III*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

James F. McDonough, III (GA 117088)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

C. Matthew Rozier (CO 46854)*
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, Colorado 80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

*Attorneys for Plaintiff NEARBY SYSTEMS LLC*

\* Admitted to the Eastern District of Texas

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>August 14, 2025</u>

By: */s/ James F. McDonough, III*
James F. McDonough, III