AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| NEARBY SYSTEMS LLC, <br><br> *Plaintiff(s)* <br> v. <br><br> ALBERTSONS COMPANIES, LLC, and <br> ALBERTSONS COMPANIES, INC., <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-00797 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Albertsons Companies, Inc.
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, Delaware 19801 (New Castle)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jonathan L. Hardt (TX 24039906)
ROZIER HARDT MCDONOUGH PLLC
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/15/2025

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00797

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ALBERTSONS COMPANIES, INC.
was received by me on *(date)* 08/19/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE CORPORATION TRUST COMPANY AS REGISTERED AGENT, ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ALBERTSONS COMPANIES, INC. 1209 ORANGE ST., WILMINGTON, DE 19801 on *(date)* 08/19/2025 AT 10:30 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/19/2025

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS A-H; CIVIL COVER SHEET; USPTO FORM; DISCLOSURE STATEMENT;

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| NEARBY SYSTEMS LLC, <br><br> *Plaintiff(s)* <br> v. <br><br> ALBERTSONS COMPANIES, LLC, and <br> ALBERTSONS COMPANIES, INC., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-00797 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Albertsons Companies, LLC
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, Delaware 19801 (New Castle)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan L. Hardt (TX 24039906)
ROZIER HARDT MCDONOUGH PLLC
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __8/15/2025__     _David A. O'Poole_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00797

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ALBERTSONS COMPANIES, LLC

was received by me on *(date)* 08/19/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE CORPORATION TRUST COMPANY AS REGISTERED AGENT, ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ALBERTSONS COMPANIES, LLC 1209 ORANGE ST., WILMINGTON, DE 19801 on *(date)* 08/19/2025 AT 10:30 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/19/2025

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS A-H; CIVIL COVER SHEET; USPTO FORM; DISCLOSURE STATEMENT;