EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Nearby Systems LLC
Plaintiff

v.                                    Civ. No. 2:25-cv-00797

ALBERTSONS COMPANIES, LLC et al.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Albertsons Companies, LLC and Albertsons Companies, Inc.

Date Party's answer was originally due: 09/09/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 10/09/2025

Date: 09/08/2025   /s/ Christian G. Stahl
Full Name: Christian G. Stahl
State Bar No.: 1041222 (WI)
Address: Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202

Phone: 312-715-5220
Fax: 312-632-1916
Email: christian.stahl@quarles.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)