# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION



| | | |
|---|---|---|
| NEARBY SYSTEMS LLC, *Plaintiff*, v. U-HAUL INTERNATIONAL, INC., AND U-HAUL CO. OF TEXAS, *Defendants*. | § § § § § § § § § | Case No. 2:25-cv-786-JRG-RSP (Lead Case) |
| NEARBY SYSTEMS LLC, *Plaintiff*, v. ALBERTSONS COMPANIES, LLC, AND ALBERTSONS COMPANIES, INC., *Defendants*. | § § § § § § § § § | Case No. 2:25-cv-797-JRG-RSP (Member Case) |

## **ORDER**

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Nearby Systems LLC. ("Plaintiff") and Albertsons Companies, LLC and Albertsons Companies, Inc. ("Defendants"). (Dkt. No. 29.) In the Stipulation, the parties represent that the above-captioned member case has been resolved and request dismissal of the above-captioned member action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs,

expenses, and attorneys' fees. All pending requests for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned member case, and **MAINTAIN AS OPEN** the above captioned lead case.

**So ORDERED and SIGNED this 15th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE